IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | W.D. Mo. Case No. 23-00089-JAM-01 |
| | ) | D. D.C. Case No. 1:23-mj-161 |
| CHRISTOPHER BRIAN ROE, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On July 18, 2023, Defendant Roe appeared in person and with counsel and knowingly and voluntarily waived his removal hearing. It is, therefore

ORDERED that Defendant Roe appear in the District of Columbia at 1:00 p.m. EST on Tuesday, July 25, 2023, via Zoom. Defendant remains on bond pending further proceedings in the District of Columbia.

Dated this 21st day of July, 2023, at Kansas City, Missouri.

       /s/ *Jill A. Morris*
       Jill A. Morris
       UNITED STATES MAGISTRATE JUDGE